Free form provided to Cary #136835 for case#1:25-cv-0023RTG by CDOC Legal Services

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25 -cv- 00233 - RTG

ARNOLD A. CARY et al,

Plaintiff(s),

v.

MOSES A. STANCIL et al,

Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 28 2025
JEFFREY P. COLWELL
CLERK

---

**PRISONER MOTION FOR APPOINTMENT OF COUNSEL**

---

I am a X plaintiff _____ defendant **[Select which side you are in your case]** in this civil case and am currently not represented by counsel. I believe that I am unable to proceed with the assertion of my X claims _____ defenses **[Select what is appropriate to your case]** in this case without the assistance of counsel. I believe I qualify for the appointment of counsel from the Civil Pro Bono Panel.

I understand that, pursuant to the eligibility requirements set forth in D.C.COLO.LAttyR 15(e)(1), this motion may not be ruled upon before the court completes the initial review of this case required by 28 U.S.C. §§ 1915(e)(2), 1915A and D.C.COLO.LCivR 8.1. I also understand that the court may deny this motion without prejudice with leave to re-file after the initial review is completed, if the case is not dismissed. I am aware that **I am obligated, as a party in this case representing myself, to meet all obligations and deadlines imposed** under the law and the rules of procedure, local rules, and the practice of standards of this court until appointed counsel formally enters an appearance in this case. I also confirm my understanding

Free form provided to Cary #136835 for case#1:25-cv-0023RTG by CDOC Legal Services

that, in the event this motion is granted, **there is no guarantee that appointment of counsel results in an attorney(s) automatically entering an appearance in this case** – only that a member of the Civil Pro Bono Panel will review the case for possible representation, which may be limited in scope.

Under the court's Civil Pro Bono Representation rule, a judicial officer of this court may enter an Appointment Order authorizing appointment by the clerk of a member of the court's Civil Pro Bono Panel when the following considerations weigh in favor of appointment, subject to the eligibility restrictions and other provisions of D.C.COLO.LAttyR 15:

(1) the nature and complexity of the action **[Briefly describe below]**;

Class Action/ Mail Fraud - withholding Plaintiffs' incoming and outgoing legal mail.

(2) the potential merit of the claims or defenses of the unrepresented party **[Briefly describe below]**;

Violation of Plaintiffs' liberty interest, and due process. SCF's mailroom false representation is violating 18 U.S.C. §§ 1341 - 1347, and U.S.C.S §1349

(3) the demonstrated inability of the unrepresented party to retain an attorney by other means **[Briefly describe below]**;

Plaintiff is not knowledgeable as an attorney. Plaintiffs' are ill, this is the reason for the need for communication. This awareness will cause CDOC legal ramifications

Free form provided to Cary #136835 for case#1:25-cv-0023RTG by CDOC Legal Services

and

(4) the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel **[Briefly describe below]**:

By stopping US Postal Service violations within CDOC/SCF, and by not allowing inmates to have access to the courts, attorneys, and families.

D.C.COLO.LAttyR 15(f)(1)(B); *Hill v. SmithKline Beecham Corp.*, 393 F.3d 1111, 1115 (10th Cir. 2004).

**[Please check one or both of the following options:]**

X **General Representation** – I request that appointment of volunteer counsel be granted by the court for *general* representation in this civil action subject to the rules and procedures set forth in D.C.COLO.LAttyR 15.

_______ **Limited Representation** – I request that appointment of volunteer counsel be granted by the court for the *limited* representation purpose of:

N/A

[examples of purposes for limited representation include amending a pleading / drafting a motion / appearing at a conference, hearing, or trial / assisting with a settlement conference / etc.]

I understand that counsel's *limited* representation may be allowed in accordance with D.C.COLO.LAttyR 2(b)(1), under the auspices of the Civil Pro Bono Panel program and its benefits.

Dated at Sterling (city), CO (state), this 21 day February, 2025.

Arnold A. Cary
(Unrepresented Prisoner's Name)
Arnold A. Cary

CDOC No. 136835
(Prisoner Identification Number)

Sterling Correctional Facility (SCF)
(Complete Mailing Address)
12101 Highway County Road 61
P.O. Box 6000
Sterling, Colorado 80751




# STATEMENT OF ACCOUNT ACTIVITY



**136835 - CARY, ARNOLD A**

Facility: **STERLING, SCF/UNIT03** Date/Time Printed: **02/21/2025 09:13 AM**

Statement Period: 11/21/2024 - 02/21/2025

| Date:Time | Description | Tran Amt | Balance | Available Bef. W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 11/21/2024 00:00 | Beginning Balance | 0.00 | 1.33 | 1.33 | | | 1.26 | 0.07 | |
| 11/21/2024 06:35 | Canteen Ord#18469327 | -1.26 | 0.07 | 0.07 | | 0.00 | 0.00 | 0.07 | SF |
| 11/22/2024 07:28 | Canteen Cred#18477019 | 1.26 | 1.33 | 1.33 | | 0.00 | 0.00 | 1.33 | SF |
| 12/09/2024 09:05 | UNASSIGNED | 13.11 | 14.44 | 14.44 | | 0.00 | 0.00 | 14.44 | SF |
| 12/09/2024 23:51 | MEDICAL EMERGENCY | -5.00 | 9.44 | 9.44 | | 0.00 | 0.00 | 9.44 | SF |
| 12/19/2024 07:34 | Canteen #18529414 Hold | 0.00 | | 9.44 | CANTEEN | 8.64 | 8.64 | 0.80 | |
| 12/20/2024 06:20 | Canteen Ord#18529414 | -8.64 | 0.80 | 0.80 | | 0.00 | 0.00 | 0.80 | SF |
| 12/27/2024 10:27 | POSTAGE-DEBIT | -1.25 | -0.45 | 0.00 | | 0.00 | 0.00 | 0.00 | SF |
| 12/27/2024 10:27 | POSTAGE-DEBIT | -2.04 | -2.49 | 0.00 | | 0.00 | 0.00 | 0.00 | SF |
| 12/27/2024 10:27 | POSTAGE-DEBIT | -2.31 | -4.80 | 0.00 | | 0.00 | 0.00 | 0.00 | SF |
| 12/27/2024 10:27 | POSTAGE-DEBIT | -1.25 | -6.05 | 0.00 | | 0.00 | 0.00 | 0.00 | SF |
| 01/06/2025 14:01 | POSTAGE-DEBIT | -1.25 | -7.30 | 0.00 | | 0.00 | 0.00 | 0.00 | SF |
| 01/08/2025 07:40 | UNASSIGNED | 15.18 | 7.88 | 7.88 | | 0.00 | 0.00 | 7.88 | SF |
| 02/10/2025 11:19 | UNASSIGNED | 15.87 | 23.75 | 23.75 | | 0.00 | 0.00 | 23.75 | SF |
| 02/11/2025 15:26 | POSTAGE-DEBIT | -12.10 | 11.65 | 11.65 | | 0.00 | 0.00 | 11.65 | SF |
| 02/11/2025 15:39 | POSTAGE-DEBIT | -3.15 | 8.50 | 8.50 | | 0.00 | 0.00 | 8.50 | SF |
| 02/21/2025 23:58 | Ending Balance | 0.00 | 8.50 | 8.50 | | 0.00 | 0.00 | 8.50 | |

**Total Deposits:** 45.42
**Total Withdrawals:** 38.25

**Account Information as of 02/21/2025 09:12**

Status: ACTIVE | Current Balance: $8.50 | Total Money In Hold: $0.00
Total Reserved/Encumbered: $0.00 | Available Balance: $8.50

**Statement Information**

| | |
|---|---|
| **Date:Time** | reflects the transaction date and time of deposits and withdrawals to the account during the statement period. |
| **Description** | is a brief memorandum describing the transaction. |
| **Tran Amt** | is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number. |
| **Balance** | is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2. |
| **Available Before W/H** | is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref. AR 200-2). This amount is derived prior to mandatory withholding. |
| **Encumbrances** | are amounts placed on hold pending further processing by the banking system, such as when a centeen order is posted or a deposit is subject to mandatiry garnishment rules. The amount, type of hold, and a total (as of the |



# STATEMENT OF ACCOUNT ACTIVITY

| | |
|---|---|
| | Date:Time) is reported. |
| **Available Balance** | shows monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical. |
| **FC** | (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction. |

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

***Printed and Certified by Theresa Polly, CDOC Legal Assistant***

FEB 21 2025

THERESA CRITES
LEGAL ASSISTANT I


SCF
FACILITY
2-25-25
DATE REC'D
DOC EMPLOYEE LAST NAME
31927
136835
DOC#
Cary
OFFENDER LAST NAME

COLORADO DEPARTMENT OF CORRECTIONS
NAME: Arnold A. Cary
Register Number: 136835 Unit: 3
PO BOX: 6000
City, State, Zip: Sterling, CO 80751

US POSTAGE PITNEY BOWES
ZIP 80751 $ 002.87⁰
02 4W
0000379530 FEB 26 2025

"LEGAL MAIL"
CONFIDENTIAL

Clerk of the Court
United States District Court
For The District of Colorado
Alfred A. Arraj Courthouse
901-19th Street A-105
Denver, Colorado 80294-3589